UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re WILLIE JAMES BRANNER,

Case No. 16-cv-00267-YGR (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This action was opened when the Court received from Plaintiff Willie James Branner a letter addressed to Senior District Court Judge Thelton E. Henderson expressing his displeasure with the conditions of confinement in the prison at which he is currently housed, San Quentin State Prison. In this action, the Clerk of the Court opened a case file, sent a notice to Plaintiff that this action was assigned to Magistrate Judge Sallie Kim, and sent out two other notices. Dkts. 2, 3, 4. In a notice dated January 15, 2016, the Clerk of the Court directed Plaintiff to complete an *in forma pauperis* ("IFP") application, and told him that he must complete this document within twenty-eight days or his action would be dismissed. Dkt. 3. On January 19, 2016, the Clerk sent Plaintiff a blank civil rights complaint form, and told him that he must complete this document within twenty-eight days or his action would be dismissed. Dkt. 4.

On February 24, 2016, this action was reassigned to the undersigned Judge. Dkt. 6.

On March 2, 2016, the Clerk sent Plaintiff two second notices with another blank civil rights complaint form and another IFP application, and told him that he must complete these documents within twenty-eight days or his action would be dismissed. Dkts. 7, 8.

More than twenty-eight days have passed, and Plaintiff has not filed the necessary documents or otherwise communicated with the Court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE. The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

Dated: April 22, 2016

YVONNE GONZALEZ ROGERS
United States District Court Judge